IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANN M HERNANDEZ, | § § | |
| *Plaintiff,* | § § § | SA-20-CV-00416-FB |
| vs. | § § | |
| C R BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED, | § § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to Withdraw Richard B. North, Jr. as Counsel of Record [#9]. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.'s Motion to Withdraw Richard B. North, Jr. as Counsel of Record [#9] is **GRANTED**.

**IT IS FURTHER ORDERED** that Richard B. North, Jr. of Nelson Mullins Riley & Scarborough LLP, Atlantic Station, 201 17th St. NW, Suite 1700, Atlanta, GA 30363, is hereby withdrawn as attorney of record for Defendants.

**IT IS FURTHER ORDERED** that Elizabeth C. Helm of Nelson Mullins Riley & Scarborough LLP, Atlantic Station, 201 17th St. NW, Suite 1700, Atlanta, GA 30363, will remain as lead counsel for Defendants.

1

**IT IS FURTHER ORDERED** that Melissa D. Matthews of Hartline Barger, LLP, 8750 N. Central Expy, Ste. 1600, Dallas, Texas 75231, will remain as Texas local counsel for Defendants.

SIGNED this 8th day of April, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE