IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ANN M HERNANDEZ, §
§
*Plaintiff,* §          SA-20-CV-00416-FB
§
vs. §
§
C R BARD INCORPORATED,  BARD §
PERIPHERAL VASCULAR §
INCORPORATED, §
§
*Defendants.* §

## <u>ORDER</u>

Before the Court in the above-styled cause of action is the Motion for Admission Pro Hac Vice, filed by Donald G. Norris [#17].  Mr. Norris's application reflects that he is a member in good standing with the Bar of the State of California and admitted to practice in the Central District of California and Ninth Circuit Court of Appeals.  According to the motion, this is Mr. Norris's first application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case.  This Court has made an exception for out-of-district counsel if their practice in the Western District is limited to one or two cases and the applicant has co-counsel admitted to practice in this Court.  Any additional requests by out-of-district counsel require counsel to apply for admission to the Western District of Texas.

Mr. Norris's application lists Gerrit Schulze as his co-counsel in this case, but there is no record that Mr. Schulze is counsel of record for Plaintiff.  Western District records do show that Mr. Schulze is admitted to practice in this Court, however.  The Court will therefore conditionally grant Mr. Norris's motion such that Mr. Norris may appear in this case *pro hac*

1

*vice* provided he <u>either</u> applies for admission to the Western District of Texas within 180 days from the date of this order <u>or</u> Mr. Schulze enters an appearance in this case as Mr. Norris's co-counsel.

Accordingly, **IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice [#17] is **CONDITIONALLY GRANTED** such that Donald G. Norris may appear before this Court *pro hac vice* provided he <u>either</u> applies for admission to the Western District of Texas within 180 days from the date of this Order <u>or</u> Mr. Schulze enters an appearance in this case within **ten days** from the date of this Order.  Should Mr. Norris fail to comply with this Court's order, he will no longer be permitted to represent Plaintiff in this case.  The Court further **ORDERS** counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

**IT IS FURTHER ORDERED** that Donald G. Norris immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2) if he has not already done so.

**IT IS FURTHER ORDERED** that Donald G. Norris, pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within **ten days** of this Order, if he has not already done so.  Mr. Norris's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

**IT IS SO ORDERED.**

SIGNED this 12th day of May, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE